**2009–2355. In re Adoption of G.V.**
Lucas App. No. L–01–1160, 2009-Ohio-6338. This cause is pending before the court as an appeal from

the Court of Appeals for Lucas County. Upon consideration of the motion for leave to file a reply to the brief of amicus curiae American Academy of Adoption Attorneys,

It is ordered by the court that the motion is granted.

PFEIFER, Acting C.J.

## MISCELLANEOUS DISMISSALS